IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
CENTRAL DIVISION

| | |
|---|---|
| MIRNA NAVARIJO,<br><br>Plaintiff,<br><br>vs.<br><br>TYSON FRESH MEATS, INC.,<br><br>Defendant. | CASE NO. 11-428<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**COMES NOW** the Plaintiff, Mirna Navarijo, by and through the undersigned attorneys, and hereby dismisses the above-captioned cause of action in its entirety with prejudice. Plaintiff's attorneys hereby receipt for costs.

        **PATTERSON LAW FIRM, L.L.P.**
        505 Fifth Avenue, Suite 729
        Des Moines, IA 50309-2390
        Telephone: 515-283-2147
        Facsimile: 515-283-1002
        E-mail: pwaldron@pattersonfirm.com
        bmerrill@pattersonfirm.com


By: _____/s/ Patrick V. Waldron_____


By: _____/s/ Benjamin R. Merrill_____

        **ATTORNEYS FOR PLAINTIFF**

Original Filed.

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2012, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Michael R. Reck
Kelsey J. Knowles
666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
Telephone:  (515) 283-4645
Facsimile:  (515) 558-0645
**ATTORNEYS FOR DEFENDANT**

                                                /s/
                                   Vicki Head